UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD WERTH,

    Plaintiff,

v.

ROBERT CROMPTON,

    Defendant.
_____/

Case No. 1:18-cv-523

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.

Dated: July 3, 2019                  /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge